# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                              Case No. 13-21860

      Lawrence A Brown
      Kishona M Brown
          Debtor(s)

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/24/2013.

2) The plan was confirmed on 07/19/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/23/2015.

5) The case was converted on 05/18/2015.

6) Number of months from filing to last payment: 20.

7) Number of months case was pending: 24.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $102,050.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $6,053.15 | |
| Less amount refunded to debtor | $181.88 | |
| **NET RECEIPTS:** | | **$5,871.27** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,115.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $236.06 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$3,351.06** |

Attorney fees paid and disclosed by debtor:  $385.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ASSET ACCEPTANCE CORP | Unsecured | 558.00 | 563.09 | 563.09 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 3,652.75 | 3,652.75 | 79.78 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 3,363.28 | 3,363.28 | 73.46 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 325.02 | 325.02 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 1,272.13 | 1,272.13 | 30.88 | 0.00 |
| BECKET & LEE LLP | Unsecured | 9,551.00 | 9,551.01 | 9,551.01 | 231.83 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Unsecured | 833.00 | 832.95 | 832.95 | 16.17 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Unsecured | NA | 310.73 | 310.73 | 0.00 | 0.00 |
| CORPORATE AMERICA FAMILY CU | Unsecured | 471.00 | 966.59 | 966.59 | 16.41 | 0.00 |
| EASTSIDE LENDERS | Unsecured | NA | 1,010.00 | 1,010.00 | 17.15 | 0.00 |
| GREAT LAKES CREDIT UNION | Unsecured | 17,454.00 | 17,164.39 | 17,164.39 | 416.63 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 400.00 | 2,050.20 | 2,050.20 | 34.82 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 52,366.58 | 52,366.58 | 52,366.58 | 1,271.09 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 421.71 | 421.71 | 0.00 | 0.00 |
| NATIONWIDE CREDIT SERVICE LLC | Unsecured | NA | 4,569.75 | 4,569.75 | 99.81 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 464.00 | 463.99 | 463.99 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | NA | 510.00 | 510.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | NA | 637.50 | 637.50 | 15.47 | 0.00 |
| QUANTUM3 GROUP | Unsecured | NA | 719.80 | 719.80 | 15.72 | 0.00 |
| QUANTUM3 GROUP | Unsecured | NA | 744.15 | 744.15 | 16.25 | 0.00 |
| QUANTUM3 GROUP | Unsecured | NA | 1,156.73 | 1,156.73 | 15.43 | 0.00 |
| QUANTUM3 GROUP | Unsecured | NA | 1,295.99 | 1,295.99 | 31.46 | 0.00 |
| QUANTUM3 GROUP | Unsecured | NA | 510.00 | 510.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 1,010.00 | 1,010.00 | 1,010.00 | 17.15 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 710.00 | 710.00 | 710.00 | 15.51 | 0.00 |
| PROFESSNL ACCT MGMT IN/CITY OF | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PROFESSNL ACCT MGMT IN/CITY OF | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| PROFESSNL ACCT MGMT IN/CITY OF | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| QUALIA COLLECTION SERV/HOMESI | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| RCW ASSOCIATES | Unsecured | 48.19 | NA | NA | 0.00 | 0.00 |
| RICARDO DINVERNO | Unsecured | 3,789.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION B/GREATE | Unsecured | 224.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION B/GREATE | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION B/GREATE | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| CWB SERVICES LLC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| ELK RIVER SERVICES | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L/SPRINT | Unsecured | 1,519.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY INC/COMCAST | Unsecured | 383.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY INC/DISH NETV | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| TRI STATE ADJUSTMENTS/RETURNE | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| USAA | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO | Unsecured | 620.00 | NA | NA | 0.00 | 0.00 |
| A/R CONCEPTS/MUNICIPALITY DES I | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| AMEX | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| AR RESOURCES | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING/NORT | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| BEN FRANKLIN MOTOR SALES | Unsecured | 6,226.00 | NA | NA | 0.00 | 0.00 |
| IL BONE AND JOINT INSTITUTE | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| IL BONE AND JOINT INSTITUTE | Unsecured | 386.22 | NA | NA | 0.00 | 0.00 |
| INSIGHT CAPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR & SAN | Unsecured | 366.00 | NA | NA | 0.00 | 0.00 |
| MIRAMEDRG | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| MIRAMEDRG | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| NCH MEDICAL GROUP | Unsecured | 29.80 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS/ELGIN FI | Unsecured | 415.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | NA | 4,815.92 | 4,815.92 | 105.19 | 0.00 |
| WELLS FARGO BANK | Unsecured | NA | 326.78 | 326.78 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$111,321.04** | **$2,520.21** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,351.06 |
| Disbursements to Creditors | $2,520.21 |
| **TOTAL DISBURSEMENTS** : | **$5,871.27** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/03/2015                    By: /s/ Glenn Stearns
                                                        Trustee

STATEMENT:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**